✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      CALIFORNIA

**APPEARANCE**

Case Number:   07MJ2292

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for

     JOSE ANTONIO MORALES-RAMIREZ

     I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/   HEATHER R. ROGERS |
| 9/27/2007 | |
| Date | Signature |
| | Heather R. Rogers / Federal Defenders of SD    229519 |
| | Print Name       Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City     State     Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number       Fax Number |