**HEATHER R. ROGERS**
California State Bar No. 229519
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
e-mail: heather_rogers@fd.org

Attorneys for Mr. Morales-Ramirez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07mj2292 |
| Plaintiff, ) | |
| v. ) | **PROOF OF SERVICE** |
| **JOSE ANTONIO MORALES-RAMIREZ**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney's Office**
efile.dkt.gc1@usdoj.gov

Dated: September 27, 2007         *s/ Heather R. Rogers*
**HEATHER R. ROGERS**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: heather_rogers@fd.org