

AO 455(Rev 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **WAIVER OF INDICTMENT** |
| JOSE ANTONIO MORALES-RAMIREZ | |

CASE NUMBER: 07CR2948-JAH

I, JOSE ANTONIO MORALES-RAMIREZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10/30/7 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

X _____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
OCT 30 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY