UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 10 AM 10:44
CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 07CR2948-JAH |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JOSE ANTONIO MORALES-RAMIREZ, 43898-008 Defendant. | |

FILED
JAN 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 7, 2008

John A. Houston
UNITED STATES DISTRICT JUDGE

I have executed within RL-Dismiss
Judgement and Commitment on 1/7/08
OF DISMISSAL
United States Marshal
By: _____
USMS Criminal Section

ENTERED ON _____